**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

STANMORE CAWTHON COOPER,
  *Plaintiff-Appellant,*

v.

FEDERAL AVIATION ADMINISTRATION;
SOCIAL SECURITY ADMINISTRATION;
U.S. DEPARTMENT OF
TRANSPORTATION,
  *Defendants-Appellees.*

No. 08-17074

D.C. No.
3:07-cv-01383-
VRW

ORDER

On Remand from the Supreme Court of the United States

Filed October 4, 2012

Before: Myron H. Bright,* Michael Daly Hawkins, and
Milan D. Smith, Jr., Circuit Judges.

---

## ORDER

In accordance with the mandate of the Supreme Court in
*FAA v. Cooper*, 132 S. Ct. 1441 (2012), the judgment of the
district court is affirmed.

---

*The Honorable Myron H. Bright, Senior Circuit Judge for the Eighth
Circuit, sitting by designation.